UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
RONALD LOCKARD, )
) Case No. C10-1030RSL
              Plaintiff, )
  v. )
) ORDER GRANTING MOTION FOR
WIRESOFT OPERATING COMPANY, ) SUMMARY JUDGMENT
)
              Defendant. )
_____ )

This matter comes before the Court on "Plaintiff's Motion for Summary Judgment" (Dkt. # 21) and the supplemental memoranda and declaration submitted at the request of the Court (Dkt. # 25). Despite the fact that defendant has appeared in this action and asserted a counterclaim, plaintiff's motion is unopposed.

Having reviewed the documents submitted, the Court finds that plaintiff has adequately supported his amended claim for $38,773.30 in compensatory damages, $38,773.30 in exemplary damages, and $11,464.54 in pre-judgment interest through November 4, 2011. Because defendant has not taken any steps to prosecute its counterclaim or third-party complaint, plaintiff's unopposed motion to dismiss defendant's claims with prejudice is also GRANTED.

ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT

The Clerk of Court is directed to enter judgment in the amount of $89,024.44 in favor of plaintiff and against defendant.

Dated this 3rd day of November, 2011.

*MMT S Lasnik*
Robert S. Lasnik
United States District Judge